

Magisto your business with video marketing. Join the revolution ›

Social marketing | Video how to | Studies | News | Culture | Popula

**News** | 14 min

# Magisto for Business Official Contest Rules

| j | s | f | b | h |
|---|---|---|---|---|

**0**
SHARES

## I. Eligibility:

The #MagistoforBusiness Video Contest ("The Contest" or "The Promotion") is FREE to enter and open to participants who are at least eighteen (18) years of age as of the date of entry. Employees, officers and directors of Magisto ("Sponsor" or "Magisto"), and their parent companies, subsidiaries, affiliates, partners, dealers, advertising and promotion agencies, manufacturers or distributors of sweepstakes materials and their immediate families (parents, children, siblings, spouse)

We are using cookies to give you the best experience on our website.
You can find out more about which cookies we are using or switch them off in settings.

Accept

or members of the same household (whether related or not) of such employees, officers and directors are not eligible to enter.

## 2. Void where prohibited:

The Mission is void in Rhode Island, outside the eligible region(s) specified in paragraph 1 herein above, and where otherwise prohibited by applicable federal, state, provincial or local laws, rules or regulations.

## 3. Sponsors:

The Sponsor of this Mission is Magisto, 261 Madison Ave., 9th fl., New York, NY 10016.

## 4. Agreement to Official Rules:

By participating in the Mission, the entrant fully and unconditionally agrees to and accepts these official rules ("Official Rules") and the decisions of Sponsor, which are final and binding in all matters related to the Mission, and to release and hold harmless the Released Parties against any and all claims, injury or damage arising out of or relating to the Mission, preparation for or participation in this Mission, possession, acceptance and/or use or misuse or redemption of a prize, or participation in any Mission-related activity and for any claims based on violations or alleged violations of privacy/publicity rights, defamation, or infringement of copyrights, trademarks or other intellectual property rights or invasion of privacy. Potential winner must fulfill all requirements set forth in these Official Rules as a condition of being awarded a prize.

## 5. Timing:

We are using cookies to give you the best experience on our website.

#MagistoforBusiness Contest begins on March 8th, 2016 at 7:00:01 am Eastern Time ("ET") and ends on April 7th, 2016 at 11:59:59 pm ET. The

Sponsor's computer is the official time-keeping device for the Contest. A judging period will take place from March 8th, 2016 to April 7th, 2016. One Winner will be selected and notified on or around April 7th, 2016. Winner will be announced no later than April 12th, 2016 or as soon as Sponsor confirms potential winner's eligibility. One Winner will be selected to win a free year of Magisto for Business.

## 6. How to Enter:

a. Register or login to Magisto. To enter the Contest you must have a Magisto account. If you have not already registered with Magisto you will be required to register to create a Magisto account. Entries can be made using either a free Magisto account or a premium account. Entrant cannot have a Magisto for Business activated account. Follow the instructions to create a movie submission featuring your company and include your #MagistoforBusiness hashtag ("Submission").

b. Submit your Submission by including the hashtag "#MagistoforBusiness" in the title when you create your Submission. To be eligible entrant must (1) have a registered Magisto account, (2) submit their Submission as instructed with "#MagistoforBusiness" in the title or by ways of the add to album pop up, (3) comply with Magisto's Terms of Service at http://www.magisto.com/tos, (4) comply with these Official Rules. You agree that the Sponsor, in its sole discretion, may remove your Submission and disqualify you at any time if Sponsor believes in its sole discretion that the Submission fails to conform to the Magisto Terms of Service or these Official Rules.

c. Up to 5 entries can be submitted by each entrant, but only one (1) Prize (as defined below) per person.

d. Sponsor is not responsible for lost, late, incomplete, invalid, unintelligible or misdirected entries. Immediately upon entering the

We are using cookies to give you the best experience on our website. You can find out more about which cookies we are using or switch them off in settings.

Accept

Contest, entries become the property of Sponsor and will not be acknowledged or returned.

In case of dispute as to the identity of any entrant, entry will be declared made by the authorized account holder of the email address submitted at time of entry. "Authorized Account Holder" is defined as the natural person who is assigned an email address by an Internet access provider, online service provider, or other organization (e.g., business, educational, institution, etc.) responsible for assigning email addresses or the domain associated with the submitted email address. Any potential winner may be requested to provide Sponsor with proof that such winner is the authorized account holder of the email address associated with the winning entry. In addition, potential winner may be required to show proof of being the authorized Magisto account holder.

**7. Submission Materials:**

(a) For purposes of these Official Rules, any SPONSOR OWNED INTELLECTUAL PROPERTY THAT SPONSOR SHARES WITH ENTRANTS, E.G., MUSIC FILES, VISUAL CLIPS, AUDIO STEMS, or portions thereof, will be considered "Sponsor Content." All other content of the Submission shall be referred to herein as the "Submission Materials." The Submission shall not include any viruses, worms, spyware, Trojan horses, malware, or other computer programming routines that may damage or detrimentally interfere with any computer or other device.

(b)(i) By entering a Submission, entrant represents and warrants that: (A) entrant's Submission, has been created entirely by entrant and is original, ; (B) that any Submission Materials (with the exception of Sponsor Content), does not incorporate or include anything that would require the consent of any third party, and have not been improperly taken in whole or in part from any third party; (C) with the exception of

We are using cookies to give you the best experience on our website.
You can find out more about which cookies we are using or switch them off in settings.

Accept

Sponsor Content, entrant owns and/or controls 100% of all right, title and interest in and to the Submission, as well as all elements contained therein; (D) the Submission does not and shall not violate any law or any third party right, including the copyright, trademark, publicity right, privacy right, or any other right of any third party; (E) the Submission Materials, or any part thereof, have not previously been commercially released; and (F) entrant has the written consent, release and/or permission of each and every participant in the Submission to participate in the Submission as contemplated by these Official Rules; for the avoidance of doubt, entrant must have the express permission from all individuals who appear in the Submission (if any) to use their name and/or likeness as part of the Submission and the Contest, and for any such individuals who are under the age of 18 (or have not yet reached the age of majority in their state of residence), entrant must have the express permission from that minor's parent or legal guardian. Please do not include any person under 18 years of age in your Submission if you do not have express parental consent to do so. Entrant must be able to provide Sponsor with written evidence of any necessary express permission upon Sponsor's request thereof.

(ii) By entering a Submission, each entrant grants the Released Parties the non-exclusive, royalty-free, and irrevocable rights to use, reproduce, copy, publish, display, distribute, perform, translate, adapt, modify, and otherwise exploit the Submission and to incorporate the Submission in other works in any and all markets and media worldwide in perpetuity.

c) The Submission may not contain references which are obscene, crude, vulgar or defamatory; unsportsmanlike; contain gang identification, references to commercial products other than of the Released Parties, license plate numbers, phone numbers, personal addresses (physical or email), Web site URLs, derogatory characterizations of any ethnic, racial, sexual or religious groups; contain references to illegal or inappropriate activity, behavior or conduct; or contain any other references that could be considered inappropriate, unsuitable or offensive, as determined by

Sponsor, in its sole discretion. If any Submission contains material that is violent, pornographic, obscene, illegal, inappropriate, or racially or morally offensive or if any Submission does not comply with these Official Rules or meet Sponsor's standards for any reason, as determined by Sponsor in its sole discretion, such Submission (and the related entry) may be rejected as ineligible for consideration. Furthermore, the Submission should not communicate messages or images inconsistent with the positive image and/or goodwill to which the Sponsor, and each of the other the Released Parties wish to associate, and must not contain material that is unlawful or in violation of or contrary to the laws or regulations of the U.S. and/or any state where the Submission is created or submitted.

(d) By providing Submission in connection with this Contest, entrant grants to the Released Parties the right, except where prohibited by law, to use entrant's Submission, entrant's name, likeness, picture, address (city and state), e-mail address, voice, biographical information, entry form information and written and oral statements, for advertising and promotional purposes in promoting or publicizing the Submission, Sponsor and any of their products and services, without compensation unless required by law. You shall have no right of approval, no claim to compensation, and no claim (including, without limitation, claims based on invasion of privacy, defamation, or right of publicity) arising out of any use, blurring, alteration, or use in composite form of the Submission, entrant's name, picture, likeness, address (city and state), e-mail address, or biographical information. The rights granted under this paragraph shall extend to the Released Parties with respect to all entrants in the Contest, including the entrant who is selected as the Winner and those entrants who are not selected as the Winner. The Released Parties are under no obligation to use the Submission for any purpose. Entrant hereby represents and warrants that entrant is at least eighteen (18) years of age and that entrant has read these Official Rules and is fully familiar with its contents. By entering, entrants agree to be bound by

We are using cookies to give you the best experience on our website.

Accept

the decisions of the judges, Sponsor and these Official Rules and to comply with all federal, state, and local laws and regulations.

(e) By entering this Contest, entrant represents and warrants that he/she expressly agrees to all terms and conditions set forth in these Official Rules; and PROVIDES HIS/HER EXPRESS PERMISSION TO APPEAR IN THE SUBMISSION.

## 8. Selection of Winner:

(a) On or about April 7th, 2016, Magisto with the knowledge and skill to apply the Judging Criteria ("Judges") will choose one (1) potential prize winner ("Prize Winner") from all eligible entries on the basis of the following criteria ("Judging Criteria"): the representative nature of the #MagistoforBusiness inspired element (50%), creativity (25%), and quality of the image submitted (25%). Entrants shall be ranked by total score, and the entrant whose Submission receives the highest overall score based on the Judging Criteria will be the potential Prize Winner. In the event of a tie, the potential Prize Winner shall be the person whose entry receives the highest score on the representative nature celebrating our new #MagistoforBusiness offering. The decision of the Judges shall be final and binding in all regards. Sponsor reserves the right not to award any or all prizes in the event an insufficient number of eligible entries meeting the minimum judging criteria are received, as determined by Sponsor in its sole discretion.

## 9. Prizes:

One Free Year of Magisto for Business.

## 10. Notification:

We are using cookies to give you the best experience on our website. You can find out more about which cookies we are using or switch them off in settings.

If entrant is selected as a potential Winner, entrant will be notified of the selection of his/her entry by the email address provided on his/her

Accept

Magisto account. Potential Winner (or his/her parent/legal guardian if the Winner is a minor in his/her jurisdiction of residence) may be required as a condition of continued eligibility to sign an Affidavit of Eligibility, Waiver of Liability, an IRS W-9 form with a valid taxpayer identification number or Social Security Number, and, except where prohibited, Publicity Release (collectively, "Contest Documents"). If entrant does not respond to the email notification of his/her selection as a Winner within three (3) days, does not return the Contest Documents by the date designated by Sponsor, or otherwise does not comply with these Official Rules, as determined by Sponsor in its sole discretion, an alternate Winner will be selected from the remaining eligible entries to receive the prize, time permitting. All decisions of the Sponsor in selecting the Winner are final and binding on all entrants in matters relating to the Contest. Prizes are not redeemable for cash. Limit: one (1) prize per person, per household, per e-mail address.

## II. Prize Redemption:

Except where prohibited, a Winner shall be required to respond to the Sponsor's notification email within three (3) days confirming that they comply with all terms and conditions of these Official Rules as described herein. Winning is contingent upon fulfilling all requirements. Acceptance of any prize shall constitute and signify Winner's agreement and consent that the Sponsors may use the Winner's name, city, state, likeness, Submission and/or prize information in connection with the Promotion, worldwide, including the Internet, without limitation and without further payment or consideration, except where prohibited by law. Without limiting the generality of these Official Rules, Winner shall irrevocably grant, transfer, convey and assign to the Sponsor the rights in and to the Submission including, without limitation, the rights to use the Submission for any and all purposes in any and all media whether now known or hereafter developed, on a worldwide basis, in perpetuity. Winner accepts and acknowledges that the Sponsor shall not be obligated to use the Submission and that the Sponsor in its sole discretion shall have the right to refrain from using the Submission. The

We are using cookies to give you the best experience on our website.
You can find out more about which cookies we are using or switch them off in settings.

Accept.

Released Parties shall not incur any liability whatsoever to the extent the Sponsor chooses to refrain from any exploitation of its rights hereunder. Winner will indemnify the Sponsor, Released Parties and any licensee of the Sponsor against all claims, damages, liabilities and expenses (including reasonable counsel fees and legal expenses) arising out of any breach of these Official Rules.

## 12. Release:

By submitting an entry, you agree that the Released Parties will have no liability whatsoever for, and will be released and held harmless by entrant and entrant'sheirs, executors, representatives, successors and assigns for any claims, liabilities, or causes of action of any kind or nature for any injury, loss or damages of any kind, including direct, indirect, incidental, consequential or punitive damages to persons, including, without limitation, disability or death, and damage to property, due in whole or in part, arising directly or indirectly, now or in the future from the delivery, acceptance, use or misuse of the prize, any and all use as provided herein of entrant's entry, or participation in this Contest and/or any related contest. Without limiting the foregoing, everything on the site and any contest site is provided "as is" without warranty of any kind, either express or implied, including, but not limited to, the implied warranties of merchantability, fitness for a particular purpose, and non-infringement. Some jurisdictions do not allow for limitations or exclusion of liability for incidental or consequential damages or exclusion of implied warranties, in which case such limitation or exclusion shall apply only to the extent permitted by the law in the relevant jurisdiction. Sponsor reserves the right, in its sole discretion, to cancel, terminate, modify, extend or suspend this Contest should (in its sole discretion) virus, bugs, non-authorized human intervention, fraud or other causes beyond its control corrupt or affect the administration, security, fairness or proper conduct of the Contest. In the case of termination, Contest may select the winner from all eligible entries received prior to and/or after (if appropriate) the action taken by

We are using cookies to give you the best experience on our website.
You can find out more about which cookies we are using or switch them off in settings.
Accept

Sponsor. Sponsor reserves the right, at its sole discretion, to disqualify any individual it finds, in its sole discretion, to be tampering with the entry process or the operation of the Contest or any Contest-related web site. Sponsor may prohibit an entrant from participating in the Contest or winning a prize if, in its sole discretion, it determines that said entrant is attempting to undermine the legitimate operation of the Contest by cheating, hacking, deception, or other unfair playing practices or intending to annoy, abuse, threaten or harass any other entrants or Sponsor representatives.

## 13. Limitations of Liability:

The Released Parties are not responsible for: (1) any incorrect or inaccurate information, whether caused by entrant, printing errors or by any of the equipment or programming associated with or utilized in the Promotion; (2) technical failures of any kind, including, but not limited to malfunctions, interruptions, or disconnections in phone lines or network hardware or software; (3) unauthorized human intervention in any part of the entry process or the Promotion; (4) technical or human error which may occur in the administration of the Promotion or the processing of entries; (5) late, lost, undeliverable, damaged or stolen mail; or (6) any injury or damage to persons or property which may be caused, directly or indirectly, in whole or in part, from entrant's participation in the Promotion or receipt or use or misuse of any prize. The Released Parties are not responsible if Contest cannot take place or if the prize or any portion thereof cannot be awarded or used due to travel cancellations, delays or interruptions due to acts of God, acts of war, natural disasters, weather or acts of terrorism. Eligible entrants who do not comply with these Official Rules, or attempt to interfere with this Contest in any way shall be disqualified. The Released Parties are not responsible for misdirected or undeliverable entries or for any technical problems, malfunctions of computer systems, servers, providers, hardware/software, lost or unavailable network connections or failed, incomplete, garbled or delayed computer transmission or any

combination thereof. The Released Parties are not responsible for any typographical/other error in entries, selection announcement or for any liability for damage to any computer system resulting from participation in, accessing or downloading information in connection with this Contest. If for any reason an entrant's Submission is confirmed to have been erroneously deleted, lost, or otherwise destroyed or corrupted, entrant's sole remedy is another Submission. No more than the stated number of prizes will be awarded. Eligible entrants who do not comply with these Official Rules, or attempt to interfere with this Contest in any way shall be disqualified. There is no purchase, payment or sales presentation required to participate. A purchase or payment of any kind will not increase odds of winning.

## 14. Disputes:

Except where prohibited, entrant agrees that: (1) any and all disputes, claims and causes of action arising out of or connected with this Promotion or any prize awarded shall be resolved individually, without resort to any form of class action, and exclusively by the Federal or State courts located in The City of New York; (2) any and all claims, judgments and awards shall be limited to actual out-of-pocket costs incurred, including costs associated with entering this Promotion, but in no event attorneys' fees; and (3) under no circumstances will entrant be permitted to obtain awards for, and entrant hereby waives all rights to claim, indirect, punitive, incidental and consequential damages and any other damages, other than out-of-pocket expenses, and any and all rights to have damages multiplied or otherwise increased. All issues and questions concerning the construction, validity, interpretation and enforceability of these Official Rules or the rights and obligations of the entrant and the Sponsor in connection with the Promotion, shall be governed by, and construed in accordance with, the laws of the State of New York without giving effect to any choice of law or conflict of law rules (whether of the State of New York or any other jurisdiction), which

We are using cookies to give you the best experience on our website.
You can find out more about which cookies we are using or switch them off in settings.

Accept

would cause the application of the laws of any jurisdiction other than the State of New York.

## 15. Winner Announcement:

The winner list will be posted on the Magisto blog at http://magisto.com/blog no later than April 12th, 2016. For the names of Winners, available after April 7th, 2016, send a self-addressed, stamped envelope to be received by April 7th, 2016 to: Magisto, 261 Madison Ave, 9th Floor New York, NY 10016, Attn: Marketing Promotions.

CAUTION: ANY ATTEMPT BY ENTRANT TO DELIBERATELY DAMAGE THE SITE OR ANY Mission SITE OR UNDERMINE THE LEGITIMATE OPERATION OF THE MISSION IS A VIOLATION OF APPLICABLE CRIMINAL AND CIVIL LAW. SHOULD SUCH AN ATTEMPT BE MADE, THE ORGANIZER RESERVES THE RIGHT TO SEEK DAMAGES FROM ANY SUCH PERSON TO THE FULLEST EXTENT OF THE LAW AND TO DISQUALIFY YOU FROM THE MISSION.

## 16. Use of Data:

Sponsor will be collecting personal data about entrants online, in accordance with its privacy policy. In addition, Sponsor may share entrant's personal data with the Released Parties for purposes of administering the Contest. Please review the Sponsor's privacy policy at http://www.magisto.com/privacy. By participating in the Contest, entrants hereby agree to Sponsor's collection and usage of their personal information and acknowledge that they have read and accepted Sponsor's privacy policy.

We are using cookies to give you the best experience on our website. You can find out more about which cookies we are using or switch them off in settings.

Accept

| j | s | f | b | h |
|---|---|---|---|---|

<span>0<br>SHARES</span>

Get video marketing tips

| Enter your email | Join |
|---|---|



"Magisto makes it easy for us to jumpstart our video marketing strategy and learn what work best. "

— *Andrew Herrick, Casino Ballroom*

 

# Related Posts

We are using cookies to give you the best experience on our website.
You can find out more about which cookies we are using or switch them off in settings.

Accept

Culture | 2 min

## Magisto And iStock Partner To Bring Premium Stock Footage To Millions Of Businesses

Magisto's next big upgrade is here – but how does this apply to you? Great



News | 2 min

### How Interactive AI Can Help You Make the Perfect Business Video

No matter what business you're in, videos are the best way to quickly get your

Read more

News | 2 min

### Use Video to Get the Most for Your Small Business from Facebook's New Shopping Sections

Having a Facebook Page has become indispensable for all businesses, but some

We are using cookies to give you the best experience on our website. You can find out more about which cookies we are using or switch them off in settings

Accept



We are using cookies to give you the best experience on our website.
You can find out more about which cookies we are using or switch them off in settings.

Accept