

Social marketing | Video how to | Studies | News | Culture | Popula

**Culture** | 7 min

# Magisto Mother's Day #MagistoMoms Promotion Official Rules

| j | s | f | b | h | 0 SHARES |

NO PURCHASE NECESSARY. A PURCHASE OR PAYMENT OF ANY KIND WILL NOT INCREASE YOUR CHANCES OF WINNING.

## I. Eligibility:

a. Grand prize eligibility for the Magisto Mother's Day Giveaway ("The Contest" or "The Promotion") is FREE to enter and open only to legal residents of the fifty (50) United States, who are eighteen (18) years of



We are using cookies to give you the best experience on our website. You can find out more about which cookies we are using or switch them off in settings.

Accept

age or older.  The employees, officers and directors of the contest sponsor as well as the immediate family (spouse, parents, siblings and children) and household members of such employee, officer and director are not eligible.

## 2. Void where prohibited:

The Contest is void outside the Region(s) specified, or in any country embargoed by the United States, and where otherwise prohibited by applicable federal, state, provincial or local laws, rules or regulations.

## 3. Sponsor:

Magisto, SightEra Technologies, Ltd., 261 Madison Ave., 9th fl., New York, NY 10016

## 4. Agreement to Official Rules:

By participating in the Contest, the entrant fully and unconditionally agrees to and accepts these Official Rules and the decisions of Magisto, SightEra Technologies, Ltd. ("The Sponsor"), which are final and binding in all matters related to the Contest.  Whether or not the entrant receives a prize is contingent upon fulfilling all requirements set forth in these Official Rules.

We are using cookies to give you the best experience on our website. You can find out more about which cookies we are using or switch them off in settings.

Accept

## 5. Timing:

Contest submissions begin on May 6, 2014 at 12:00am Eastern Time ("ET") and end on May 9, 2014 at 8:00pm Eastern Time ("ET"). The Sponsor's computer is the official time-keeping device for the Contest. Winners will be selected at random and notified on May 9, 2014 and winners will be announced on or about May 11, 2013, or as soon as winners confirm eligibility.

## 6. How to Enter:

a. Create a Movie: Go to Magisto.com or download the Magisto mobile app through iTunes App Store or Google Play. If you have not already registered with Magisto you will be required to register to create a Magisto account. Create a Movie for your mom using our Mother's Day theme, b. tweet your movie and include the hashtag #MagistoMoms. To be eligible entrant must (1) have a registered Magisto account, (2) submit their Movie as instructed, (3) tweet your movie with the hashtag #MagistoMoms, (4) comply with Magisto's Terms of Service at http://www.magisto.com/tos, (5) comply with the Official Rules of the contest listed herein. You agree that the Sponsors, in their sole discretion, may remove your Submission and disqualify you if they believe that your submission fails to conform to the Magisto Terms of Service of these Official Rules. c. There is no limit on the number of entries that can be submitted by each entrant, but each entrant can claim only one prize. d. Sponsors are not responsible for lost, late, incomplete, invalid, unintelligible or misdirected Submissions. e. Potential winners may be required to show proof of being the authorized Magisto account holder.

We are using cookies to give you the best experience on our website. You can find out more about which cookies we are using or switch them off in settings.

Accept

## 7. Selection of Winner:

(a) On Friday May 9, ten (10) winners will be chosen by way of a random drawing from all users that have tweeted a Magisto movie with the hashtag #MagistoMoms. **The sponsors reserve the right to not award any or all prizes in the event of an insufficient number of eligible entries meeting the minimum judging criteria are received, as determined by the sponsor.**

## 8. Prizes:

a. Ten (10) winners, one (1) on Tuesday May 6, 2014, and three (3) each on Wednesday May 7, 8 and 9, 2014, established by random drawing, will receive a bouquet of flowers (ARV: $50)

## 9. License to Sponsors:

Uploading a Submission constitutes entrant's consent to give Sponsors a royalty-free, irrevocable, perpetual, non-exclusive license to use, reproduce, modify, publish, create derivative works from, and display such Submissions in whole or in part, on a worldwide basis, and to incorporate it into other works, in any form, media or technology now known or later developed, including for promotional or marketing purposes.

We are using cookies to give you the best experience on our website.

You can find out more about which cookies we are using or switch them off in settings.

Accept

## 10. Notification:

If you are selected as a Winner, you will be notified of the selection of your Entry via a direct message or tweet to the Twitter account your movie was posted from. If you do not respond to the direct message or tweet notifying you of your selection as a Winner within twenty-four (24) hours, an alternate Winner will be selected to receive the Prize. All decisions of the Sponsors in selecting the Winners are final and binding on all Entrants in matters relating to the Contest. Prizes are not redeemable for cash. Limit: one prize per household.

## II. Prize Redemption

Except where prohibited, a Winner (or his/her parent/legal guardian if the Winner is a minor in his/her jurisdiction of residence) shall be required to respond to the Sponsors' notification email within three (3) days confirming that they comply with all terms and conditions of these Official Rules. Winning is contingent upon fulfilling all requirements. Acceptance of any prize shall constitute and signify winner's agreement and consent that the Sponsors may use the winner's name, city, state, likeness, Submission and/or prize information in connection with the Promotion, worldwide, including the Internet, without limitation and without further payment or consideration, except where prohibited by law. Without limiting the generality of these Official Rules, winner shall irrevocably grant, transfer, convey and assign to the Sponsors the rights in and to the Submission including, without limitation, the rights to use the Submission for any and all purposes in any and all media whether now known or hereafter developed, on a worldwide basis, in perpetuity. Winner accepts and acknowledges that the Sponsors shall not be obligated to use the Submission and that the Sponsors in their sole discretion shall have the right to refrain from using the Submission. The Sponsors shall not incur any liability whatsoever to the extent the Sponsors choose to refrain from any exploitation of their rights hereunder. Winner will indemnify the Sponsors, Released Parties (as

defined in section 12, below) and any licensee of the Sponsors against all claims, damages, liabilities and expenses (including reasonable counsel fees and legal expenses) arising out of any breach of these terms.

## 12. Release:

By submitting an entry, you agree that the released parties will have no liability whatsoever for, and will be released and held harmless by you and your heirs, executors, representatives, successors and assigns for any claims, liabilities, or causes of action of any kind or nature for any injury, loss or damages of any kind, including direct, indirect, incidental, consequential or punitive damages to persons, including, without limitation, disability or death, and damage to property, due in whole or in part, arising directly or indirectly, now or in the future from the delivery, acceptance, use or misuse of the prize, any and all use as provided herein of your entry, or participation in this contest and/or any related contest. Without limiting the foregoing, everything on the site and any contest site is provided "as is" without warranty of any kind, either express or implied, including, but not limited to, the implied warranties of merchantability, fitness for a particular purpose, and non-infringement. Some liability for incidental or consequential damages or exclusion of implied warranties, in which case such limitation or exclusion shall apply only to the extent permitted by the law in the relevant jurisdiction.

## 13. Limitations of Liability:

We are using cookies to give you the best experience on our website.
The Released Parties are not responsible for: (1) any incorrect or
You can find out more about which cookies we are using or switch them off in settings.
inaccurate information, whether caused by entrant, printing errors or by

Accept

any of the equipment or programming associated with or utilized in the

Promotion; (2) technical failures of any kind, including, but not limited to malfunctions, interruptions, or disconnections in phone lines or network hardware or software; (3) unauthorized human intervention in any part of the entry process or the Promotion; (4) technical or human error which may occur in the administration of the Promotion or the processing of entries; (5) late, lost, undeliverable, damaged or stolen mail; or (6) any injury or damage to persons or property which may be caused, directly or indirectly, in whole or in part, from entrant's participation in the Promotion or receipt or use or misuse of any prize. The Sponsors are not responsible for misdirected or undeliverable entries or for any technical problems, malfunctions of computer systems, servers, providers, hardware/software, lost or unavailable network connections or failed, incomplete, garbled or delayed computer transmission or any combination thereof. The Sponsors are not responsible for any typographical/other error in entries, selection announcement or for any liability for damage to any computer system resulting from participation in, accessing or downloading information in connection with this Promotion. If for any reason an entrant's Submission is confirmed to have been erroneously deleted, lost, or otherwise destroyed or corrupted, entrant's sole remedy is another Submission. No more than the stated number of prizes will be awarded.

## 14. Disputes:

Except where prohibited, entrant agrees that: (1) any and all disputes, claims and causes of action arising out of or connected with this Promotion or any prize awarded shall be resolved individually, without resort to any form of class action, and exclusively by the Federal or State courts located in The City of New York; (2) any and all claims, judgments and awards shall be limited to actual out-of-pocket costs incurred, including costs associated with entering this Promotion, but in no event attorneys' fees; and (3) under no circumstances will entrant be

permitted to obtain awards for, and entrant hereby waives all rights to claim, indirect, punitive, incidental and consequential damages and any other damages, other than out-of-pocket expenses, and any and all rights to have damages multiplied or otherwise increased. All issues and questions concerning the construction, validity, interpretation and enforceability of these Official Rules or the rights and obligations of the entrant and the Sponsors in connection with the Promotion, shall be governed by, and construed in accordance with, the laws of the State of New York without giving effect to any choice of law or conflict of law rules (whether of the State of New York or any other jurisdiction), which would cause the application of the laws of any jurisdiction other than the State of New York.

## 15. Winner Announcement:

The winner list will be posted on or about May 11, 2014 on the Magisto blog at http://magisto.com/blog, or as soon as winners confirm eligibility.

CAUTION: ANY ATTEMPT BY YOU TO DELIBERATELY DAMAGE THE SITE OR ANY CONTEST SITE OR UNDERMINE THE LEGITIMATE OPERATION OF THE CONTEST IS A VIOLATION OF APPLICABLE CRIMINAL AND CIVIL LAW. SHOULD SUCH AN ATTEMPT BE MADE, THE ORGANIZER RESERVES THE RIGHT TO SEEK DAMAGES FROM ANY SUCH PERSON TO THE FULLEST EXTENT OF THE LAW AND TO DISQUALIFY YOU FROM THE CONTEST.

We are using cookies to give you the best experience on our website. You can find out more about which cookies we are using or switch them off in settings.

Accept

j        s        f        b        h

Get video marketing tips

| Enter your email | Join |



" Magisto makes it easy for us to jumpstart our video marketing strategy and learn what work best. „

— *Andrew Herrick, Casino Ballroom*

 

# Related Posts



**Culture** | 14 min

**AtlanticRecords Mission: Magisto Rules**

NO PURCHASE NECESSARY. A PURCHASE OR PAYMENT OF ANY KIND WILL NOT INCREASE YOUR CHANCES...

We are using cookies to give you the best experience on our website. You can find out more about which cookies we are using or switch them off in settings.

Accept

**Read more**

**Read more**

**Read more**

Explore   Download   Connect   Help Center

® 2018 Magisto Ltd.





We are using cookies to give you the best experience on our website.
You can find out more about which cookies we are using or switch them off in settings.

Accept