

Social marketing | Video how to | Studies | News | Culture | Popula

**News** | 4 min

# The Story Behind Magisto's New Brand

| j | s | f | b | h |
|---|---|---|---|---|

0
SHARES

**Past and Present:**

We officially revealed Magisto to the world in the winter of 2012 at CES in Las Vegas. During those initial conversations, we spent a lot of time explaining who we were and what we could do, "Magisto is an automated video editing application, powered by artificial intelligence, that transforms raw photos and videos into professional-looking movies." It was a lot to take in, especially since at the time, video editing of any kind seemed like a complex impossibility for most people.

We are using cookies to give you the best experience on our website.
You can find out more about which cookies we are using or switch them off in settings.

Accept

While our technology was then and is now, sophisticated, our goal has always remained simple, to make stories come alive. We are a video storytelling community. We live at the edge of human expression and artificial intelligence and we exist to push the boundaries of both. We elevate people's and businesses ability to express themselves and share their experiences and stories and form deeper personal and professional connections.

**Our Mission:**

We are all storytellers. It's what makes us human. Our primal instincts to share our life experiences has fueled the constant innovation of visual storytelling from cave drawings to mobile video. We believe technology can make us more human. We measure success by the impact that our video stories deliver. We unlock the emotion and storylines of people from all over the world that were otherwise trapped in trillions of photos and videos through the power of video storytelling. We make digital stories feel like living experiences.

**What's in a name?**

With our product built, our mission spelled out, and our fate spinning, we needed a name and logo that conveyed who we were and what we did. Magisto (which many have said sounds Spanish) is actually a just the combination of two words: Magic and Story. Magisto = Magi+Sto.  Take your life experiences, your photos and videos, add our artificial intelligence and PRESTO! **Magisto, Magical Video Editor – Make a Movie, Tell Your Story.**

We are using cookies to give you the best experience on our website.
You can find out more about which cookies we are using or switch them off in settings.

Accept

**Our Old Icon:**

Make a Movie. Tell Your Story.



**The Days In Between:**

Our name and logo have served us well and are proud of our journey and growth to a community of 80 million video storytellers, inl37 countries and 26 languages (including Spanish). Our diverse community with their unique, vibrant and inspiring stories have created more than 250 million movies from more than 2.5 billion photos and videos. We've spread to  every corner of the globe on through your phones and devices via iOs, Android and the Web.

We have offices in Singapore, Tel Aviv, New York City and Headquarters in Menlo Park, California. We've been featured by iconoclasts like USA Today, The New York Times and CNBC and partnered with heroic companies like Samsung, Coke and NBC Sports. We've introduced a slew of new technology, new features and most recently launched Magisto for Business. While we're proud of all of these milestones, they would mean nothing to us without you. The daily dose of inspiration we receive from the passionate, curious people and professionals we have come to

We are using cookies to give you the best experience on our website.

Accept

know through the stories they share through Magisto is how we measure our success.



## Our New Brand:

With all of these new developments happening, we were long overdue for a new look. We turned to The Visual Brand in Connecticut to walk us through the "who do we want to be when we grow up" question. To bring our mission and core messaging to life, we worked with Moving Brands in San Francisco who provided the stunning new logo, icon and series of digital hieroglyphics to arm us for the next chapter in our company journey. The idea behind our new brand system, logo and icon is that of "moving stories" represented as graphical sequences. Tying back to pictorial hieroglyphs from thousands of years ago, to the modern video storyboard, and the iconic representation of video in our culture.

We are using cookies to give you the best experience on our website. You can find out more about which cookies we are using or switch them off in settings.

Accept

## Stories Come Alive: Digital Hieroglyphics:



00:00                                                      00:06

**Our New Icon:**

We make stories come alive



We are using cookies to give you the best experience on our website.
You can find out more about which cookies we are using or switch them off in settings.

Accept

**Our New Logo:**

We make the mundane magical



**Our New Postroll:**

Moving stories

**Check out Magist's New Branding In The Wild:**

Over the next days and weeks you will see our new branding roll out across all things Magisto but here's a preview:

**Magisto**

**Magisto for Business**

**Facebook**

**Twitter**

**Google +**

We are using cookies to give you the best experience on our website.
You can find out more about which cookies we are using or switch them off in settings.

**Android App Store**

Accept

**iOS App Store**

**Your Video Stories:**

We will always inspire storytellers because we believe the greatest stories have yet to be told. We make it easy and fun for people to create, contribute to and share moving stories and we can't wait to see yours.

| j | s | f | b | h | **0** SHARES |
|---|---|---|---|---|---|

Get video marketing tips

| Enter your email | Join |
|---|---|



" Magisto makes it easy for us to jumpstart our video marketing strategy and learn what work best. „

*— Andrew Herrick, Casino Ballroom*

We are using cookies to give you the best experience on our website. You can find out more about which cookies we are using or switch them off in settings.

Accept

 

## Related Posts



**Culture** | 2 min

## Magisto And iStock Partner To Bring Premium Stock Footage To Millions Of Businesses

Magisto's next big upgrade is here – but how does this apply to you? Great question....

**Read more**



**News** | 2 min

## How Interactive AI Can Help You Make the Perfect Business Video

We are using cookies to give you the best experience on our website.
You can find out more about which cookies we are using or switch them off in settings.

No matter what business you're in, videos are the best way to quickly get your...

Accept

Read more

Explore   Download   Connect   Help Center

® 2018 Magisto Ltd.





We are using cookies to give you the best experience on our website.
You can find out more about which cookies we are using or switch them off in settings.

**Accept**