We use cookies to personalise content and ads, to provide social media features and to analyse our traffic. We also share information about your use of our site with our social media, advertising and analytics partners.    Cookie Policy

Cookie Settings    ✓ Accept Cookies

# Magisto Sets Up Shop In New York And Expands US Team

NEW CHIEF MARKETING OFFICER HIRE REID GENAUER TO RUN OFFICE IN NYC

NEWS PROVIDED BY
**Magisto** →
Feb 12, 2013, 12:06 EST

NEW YORK and TEL AVIV, Israel, Feb. 12, 2013 /PRNewswire/ -- Magisto, which helps Smartphone users create and share professional quality personal movies, is expanding with a new home in New York and a new Chief Marketing Officer. Reid Genauer has come on-board with the social video service to help the company realize the potential of video as a powerful medium for personal storytelling.

Genauer will oversee Magisto's U.S. operations out of a brand-new office in Midtown Manhattan.  He will manage sales, marketing and investor relation efforts for the company.

"We are growing in many ways," said Oren Boiman, Chief Executive Officer of Magisto.  "We've have close to four million users now, and have expanded the focus of the company to shifting social video from a light sharing and viewing

activity to full-spectrum storytelling with sophisticated editing and production features. By growing our operations in the U.S., and with Reid in New York, we can take the next steps towards realizing this goal."

We use cookies to personalise content and ads, to provide social media features and to analyse our traffic. We also share information about your use of our site with our social media, advertising and analytics partners. Cookie Policy

Cookie Settings          ✓ Accept Cookies

Magisto's New York office will helm the marketing operations for the company, and eventually bring on staff in product marketing, research, customer care, design, UX and other marketing-related roles.  Magisto also has offices in California in addition to its headquarters in Tel Aviv.  The company currently has 20 employees and plans to expand that by the end of 2013.

With more than a decade of marketing experience behind him, Genauer's holistic approach to creating consumer-facing digital products has been realized at several companies, including Fox Mobile Group, eMusic and Snapple. His driving mandate at Magisto is to grow awareness, the userbase and foster long-term strategic vision.  Genauer holds an undergraduate degree from the University of Vermont and a Masters in Business Administration from Cornell University.  He is an avid musician and performer.

"I don't know a single person that doesn't take video with their Smartphone and then scratch their head wondering what to do with it," said Genauer.  "It's not a life or death issue, but it's a weighty one.  A child born today will have her entire life captured via digital media.  Magisto offers an elegant solution to refine that media and tell one's life story for posterity."

**About Magisto**

Driven by artificial intelligence and simple user experience, Magisto is an ecosystem for creating and sharing professional quality personal movies.  It automatically selects the most compelling moments and, like an expert video editor, weaves them together to convey a story with customized styles and music.  Magisto can be used across iOS, Android and the Web.

Magisto has a 4.5 star rating in the Apple Store and Google Play, and has been downloaded by millions of consumers and is a top video application in a dozen countries.

The company is funded by Horizons Ventures and Magma Venture Partners, and is headquartered in Tel Aviv, Israel with offices in New York and California. To learn more, visit http://www.magisto.com.

We use cookies to personalise content and ads, to provide social media features and to analyse our traffic. We also share information about your use of our site with our social media, advertising and analytics partners. Cookie Policy

› Cookie Settings          ✓ Accept Cookies

Press Contact:    Joanna Roses

rosesjoanna@gmail.com

917-570-4450

SOURCE Magisto