

## Magisto Magical Video Editor

···    662  **Follow**

**32.6k** monthly viewers

**New York, NY**

🌐 **www.magisto.com**

Magisto automatically turns your everyday videos and photos into beautifully edited Movies, perfect for sharing. It's free, quick, and easy as pie!

**Overview**    **Boards**    **Pins**    **Activity**    **Followers**    **Following**

## Latest Pins

Last saved 3 years ago









## 1 Make it personal

Use video as a way for the audience to get to know your brand a bit. Don't be afraid to show your personality! This will make the video more interesting and engaging, and create a positive brand impression for potential clients.

## 2 Show, don't tell

Don't just tell them about your work, show them through great images! Shoot live video, add your favorite photos of your work, and maybe even include a testimonial from a past client to bring your business to life.

## 3 Less is more

The sweet spot for a video's length is between 45 and 60 seconds. Interest for videos can drop off quickly, so anything beyond a minute may not be viewed in its entirety. Aim to create an engaging first 10 seconds and work to keep the full video brief to get a lot of views.

## 4 Add your logo

Make sure you brand your video by adding your business logo! A great place to do this is at the start and end of the video to make a lasting brand impression.

## 5 Include music

Music is a great addition to your video. Whether it is simply soft background music or the focus of the audio, it helps make the viewing experience more pleasant and professional.

## 6 Call to action

Don't forget a call to action! Tell your viewers to take a step once the video ends. Whether that is to contact you, view your website or Storefront, or share something on social, make sure you end with action.

Easily create videos for your business in minutes with the Video Builder located in premium WeddingWire accounts!

**WEDDING**WIRE

Follow @WeddingWireEDU on your favorite social networks!

vendors.weddingwire.com


atest boards

## Celebrating cool days!

7 Pins

Follow

## CONTESTS WITH MAGISTO

7 Pins

Follow

## APP to Download

3 Pins

Follow

## Great Tips!

5 Pins

Follow

## Thanksgiving

3 Pins

Follow

## Good Eats

4 Pins

Follow

## Recent activity

Pins people saved from Magisto Magical Video Editor's website and linked accounts

>

