Photo, Video Integration To Facilitate Multi-Dimensional Storytelling

Social Scrapbook Featuring Industry Experts Highlights New Functionality at South by Southwest

3 related articles ∨

Login

**NEW YORK, March 7, 2013 /PRNewswire/** -- Magisto is refining the art of personal movie making with the ability to include photos and videos when creating and sharing video stories. The company-which provides the easiest way to create and share professional quality personal movies-introduced the new functionality on iOS today and promises an Android version in the coming weeks. Examples can be seen here. The new integration launches in tandem with a Magisto milestone of more than 5 million total users, with 1 million downloads in the last month alone.

Magisto is launching the smart photo feature at the South by Southwest (SXSW) conference in Austin, Texas with a social scrapbook called "Austin Chronicles." More than a dozen industry experts and personalities in technology, film and music – from Jim Lucchese, to Brian Zisk, to Carter Brokaw, to Stephanie Sharis, among others – will chronicle their personal perspective on the cross-industry festivities using Magisto.

Conference attendees will also be invited to capture their personal stories with Magisto during the event, and a few chosen videos may be spotlighted at The Austin Chronicle Film Bash – sponsored by Magisto – on March 11. For more information on Magisto's "Austin Chronicles," to share a story, or see the full list of influencer participants, visit www.magisto.com/sxsw.

"We know that when it comes to capturing and sharing life experiences, people don't necessarily distinguish between photos

and videos and in fact, often use one device to capture both," said Oren Boiman , CEO of Magisto. "More than half of the movies that our users make have photos that could complement their videos. We're giving people exponentially more raw material to tell their stories, which in turn offers greater ease in chronicling their lives."

3 related articles

Similar to Magisto videos, users can use pictures from their existing photo library when making a movie. Magisto will then apply its artificial intelligence to choose the most compelling moments within the pictures and videos, and automatically marry them in a narrative format. Its smart photo-editing technology actually looks inside the photo and matches the subject matter with that of the video. The service's mechanical understanding then adds graphical themes, music and transitions to infuse each personal movie with users' intended emotions.

Initially, Magisto users will be able to include up to five photos in their movies; those with the premium version can add up to 20. The movies will include smart photo-editing effects that allow Magisto to capture the subject of a story with a dimension and depth that's impossible to do with just a photo or a video. Effects include: filters; zooming into the subject; and simulating action via camera movements. Magisto will soon offer even more sophisticated effects like morphing between faces and creating a 3D effect by manipulating the background and foreground of integrated images.

"The thing that is so awe-inspiring about the integration of photos and video, along with our smart production capabilities, is the expanded possibility it offers for personal storytelling," said Roy Klieger , Magisto's Vice President of Product. "Rather than manually compiling photos in a static slideshow, users can now render a 360-

degree recreation of an actual experience and curate the sum of their life experiences in video albums."

Login

3 related articles ⌄

### About Magisto

Driven by artificial intelligence and simple user experience, Magisto is an ecosystem for creating and sharing professional quality personal movies. It automatically selects the most compelling moments and, like an expert video editor, weaves them together to convey a story with customized styles and music. Magisto can be used across iOS, Android and the Web, and is the highest-rated video creation app in Google Play and iOS App stores.

The company is funded by Horizons Ventures and Magma Venture Partner and maintains its headquarters in Tel Aviv, Israel with offices in New York and California. To learn more, visit http://www.magisto.com.

In this article: Android, app, editing, iOS, Magisto, Photos, video, VideoEditing

0Shares



## Popular Conversations

< >

f | 🐦 | reddit | ✉ |

Login

3 related articles ⌄

🔍

2 Comments

Sign In



🕐 27m ago in Mobile
US carrier promo offers free iCloud storage to iPhone upgraders
It's in partnership with Apple.
 By J. Fingas,  27m ago



🕐 1h ago in Mobile
Instagram is testing virtual communities for college students
The platform is inviting students to join groups with students from the same university.
 By M. Moon,  1h ago
🕐 3h



3 related articles ∨

🕐 3h ago in Security

Sprint security lapse gave access to customer data

It would have been easy to hijack cellphone numbers.

By J. Fingas,  3h ago



🕐 5h ago in Internet

Facebook test feature shows what you have in common with strangers

The social network said it will only show info you chose to make public.

By M. Moon,  5h ago



🕐 6h ago in Transportation

Didi passenger murdered following safety policy failure

An entire Chinese province suspended service while it asks questions.

 By J. Fingas,  6h ago

More Stories

## From around the web

**Create Linux and Windows Virtual Machines in Seconds**

Microsoft Azure

**Meet the Awesome New Toyota Tundra**

Edmunds    3 related articles  ⌄

Login

**This Is Mia Khalifa's Ride Everybody's Talking About**

InvestmentGuru

**30 Discoveries That Have Archaeologists Baffled**

Activly

Sponsored Links by Taboola

## About

About Engadget

About Our Ads

Advertise

Brand Kit

Contact Us

RSS Feed

## Sections

Reviews

Gear

Gaming

Entertainment

Tomorrow

Video

Podcasts

Deals

Events

The Buyer's

Guide

## Contribute

Comment

Guidelines

Send us a tip!

Support

## International

繁體中文

简体中文

日本版

UK

## Apps

Android

iPhone

iPad

Login

Join Our Newsletter

Sign up for our newsletter

3 related articles

Subscribe



Follow Us



Login

3 related articles

● **Engadget**
● **An Oath brand**

© 2018 Oath Tech Network Aol Tech. All rights reserved.

Learn More     Reprints and Permissions     Privacy Policy (Updated)     Terms of Service (Updated)     Trademarks     Advertise