

(/)

# Join The Video Revolution

Make outstanding social videos in minutes with the power
of Magisto's smart video editor.
Be a video superhero.

## Get started

(/connect?
business&signup&next=%2Fbusiness%2Fpurchase%3Fvia%3Dget_started_main_cta%2(
video&via=get_started_main_cta&prev_path=/business-video)

(http://itunes.apple.com/us/app/magisto/id486781045?  (https://play.google.com/store/
ls=I&mt=8&via=main_cta&prev_path=/business-  id=com.magisto&via=main_cta&
video)                                     video)

# 60,000 Business video editors