⇄ FILTER

Showing results for **magisto** *new* **york**   Search instead for **magisto mew york**



### New York 2016 (Created with @Magisto)

Get Fit Arkansas • 22 views • 1 year ago

Created using **Magisto**. Share your story using the free video editing app that transforms your photos and videos with the



### New York TM (Created with @Magisto)

Arrak Katjiano • 6 views • 2 years ago

Created using **Magisto**. Share your story using the free video editing app that transforms your photos and videos with the



### Beautiful New York by Magisto

david alvarez • 12 views • 5 years ago

Created by **Magisto** - Magical Video Editor (www.**magisto**.com)



### New York Things (Created with @Magisto)

Get Fit Arkansas • 10 views • 1 year ago

Created using **Magisto**. Share your story using the free video editing app that transforms your photos and videos with the

### New York (Created with @Magisto)

peterehren • 17 views • 1 year ago

Created using **Magisto**. Share your story using the free video editing app that transforms your photos and videos with the



### NEW YORK! (Created with @Magisto)

Get Fit Arkansas • 37 views • 1 year ago

Created using **Magisto**. Share your story using the free video editing app that transforms your photos and videos with the



### New York City Adventure by Magisto

Christina Farrell • 2 views • 5 years ago

Created by **Magisto** - Magical Video Editor (www.**magisto**.com)



### New York (Created with @Magisto)

Diego Sandoval • 1 view • 1 year ago

Created using **Magisto**. Share your story using the free video editing app that transforms your photos and videos with the



### New York City 2016 (Created with @Magisto)

Karl Mordasiewicz • 16 views • 1 year ago

Created using **Magisto**. Share your story using the free video editing app that transforms your photos and videos with the



### New York (Created with @Magisto)

Peter Scharfenberg • 26 views • 2 years ago

Created using **Magisto**. Share your story using the free video editing app that transforms your photos and videos with the



### My trip in New York by Magisto

demolitoredihonda • 4 views • 5 years ago

Created by **Magisto** - Magical Video Editor (www.**magisto**.com)



### New York by Magisto

kisilsi • 68 views • 5 years ago

Created by **Magisto** - Magical Video Editor (www.**magisto**.com)



### Times Square New York Remix by Magisto

rarecoolitems • 9 views • 5 years ago

Created by **Magisto** - Magical Video Editor (www.**magisto**.com)

### New York (Created with @Magisto)

Nigel Fields • 13 views • 2 years ago

Created using **Magisto**. Share your story using the free video editing app that transforms your photos and videos with the



### New York, New York (Created with @Magisto)

Margaretha Lodin • 19 views • 2 years ago

Created using **Magisto**. Share your story using the free video editing app that transforms your photos and videos with the



### Rainboots in New York (Instagram) (Created with @Magisto)

Marianne van den Heuvel • 802 views • 2 years ago

Created using **Magisto**. Share your story using the free video editing app that transforms your photos and videos with the



### New York Brooklyn-Manhattan (Created with @Magisto)

Alanis Burgos • 66 views • 2 years ago

Created using **Magisto**. Share your story using the free video editing app that transforms your photos and videos with the



### New York. Dreams come true... (Created with @Magisto)

Viktoria Zh • 38 views • 4 years ago

Created with **Magisto** (http://www.**magisto**.com). Magically turn your everyday videos into beautifully edited movies,



### New york by Magisto

fede narvaez • 36 views • 6 years ago

Created by http://www.**magisto**.com.



### Magisto NEW YORK

MEHEDI HOSSAIN • 5 views • 3 years ago



### A New York Sushi Tale (Created with @Magisto)

Nyotaimori "Naked" Sushi Experience • 1.8K views • 3 years ago

Created with **Magisto** (http://www.**magisto**.com). Magically turn your everyday videos into beautifully edited movies,



### New York City (Created with @Magisto)

GrantC2005 • 14 views • 2 years ago

Created using **Magisto**. Share your story using the free video editing app that transforms your photos and videos with the



## NEW YORK CITY HAIR CUTS by Magisto

winkywink • 74 views • 5 years ago

Created by **Magisto** - Magical Video Editor (www.**magisto**.com)

## new york by Magisto

carloalberti1 • 4 views • 5 years ago

Created by **Magisto** - Magical Video Editor (www.**magisto**.com)

## Disfrutando de City Island New York (Created with @Magisto

David Sosa • 60 views • 1 year ago

Created using **Magisto**. Share your story using the free video editing app that transforms your photos and videos with the

## NEW YORK (Created with @Magisto)

Bioediliziagroup srl • 2 views • 2 years ago

Created using **Magisto**. Share your story using the free video editing app that transforms your photos and videos with the

## New York Open by Magisto

Thomas Ragin • 31 views • 5 years ago

Created by **Magisto** - Magical Video Editor (www.**magisto**.com)

## I Love New York (Created with @Magisto)

AnNy RiVaS • 12 views • 2 years ago

Created using **Magisto**. Share your story using the free video editing app that transforms your photos and videos with the

### New York 2016 (Created with @Magisto)

SeriNaga Leong • 5 views • 1 year ago

Created using **Magisto**. Share your story using the free video editing app that transforms your photos and videos with the

### New York City Art (Created with @Magisto)

Muatasim Hassan • 16 views • 2 years ago

Created using **Magisto**. Share your story using the free video editing app that transforms your photos and videos with the



### New York - parte 1 (Created with @Magisto)

Zandor Soares • 11 views • 2 years ago

Created using **Magisto**. Share your story using the free video editing app that transforms your photos and videos with the



### Trip To New York / Bayside by Magisto

101995dm • 33 views • 5 years ago

Created by **Magisto** - Magical Video Editor (www.**magisto**.com)



### New York Magisto

auberta halim • 2 views • 3 years ago



### New york (Created with @Magisto)

Dulzainero1966 • 7 views • 2 years ago

Created using **Magisto**. Share your story using the free video editing app that transforms your photos and videos with the



### NEW YORK (Created with @Magisto)

Rilder Medeiros • 11 views • 4 years ago

Created with **Magisto** (http://www.**magisto**.com). Magically turn your everyday videos into beautifully edited movies,

### New York Vlog pt.2 (Created with @Magisto)

_Majeztic_ • 27 views • 2 years ago

Created using **Magisto**. Share your story using the free video editing app that transforms your photos and videos with the

### New York by Magisto

Petar Penava • 67 views • 6 years ago

Created by **Magisto** - Magical Video Editor (www.**magisto**.com)

### THE REASON I LOVE N.Y.C (Created with @Magisto)

walesca quinones • 5 views • 1 week ago

Created using **Magisto**. Share your story using the free video editing app that transforms your photos and videos with the



### SOLO FASHION NEW YORK(Created with @Magisto)

SOLO FASHION NEW YORK • 18 views • 1 year ago

Created using **Magisto**. Share your story using the free video editing app that transforms your photos and videos with the

### Minecraft New York City (Created with @Magisto)

Matt Farr • 57 views • 3 years ago

Created with **Magisto** (http://www.**magisto**.com). Magically turn your everyday videos into beautifully edited movies,