**GF**

## GARBARINI FITZGERALD P.C.

250 Park Avenue
7th Floor
New York, New York 10177
Phone: 212.300.5358
Fax: 888.265.7054
www.garbarinilaw.com

August 28, 2018

Honorable Ann M. Donnelly
Federal Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   ***Plaintiff's Supplemental-Response to Defendant's August 24, 2018 Letter***
***Yesh Music, LLC v. Magisto USA, Inc., 18-cv-3380 (AMD)***

Your Honor:

New information has been brought to our attention requiring a supplement to plaintiff's response to defendant's letter dated August 24, 2018 (Dkt. No. 14).  Moments ago, third-party, Music Dealers, Inc., confirmed that defendant Magisto did not have a license for the uses is question.  Magisto did have an illegal blanket license for 2014 only. See Exhibit 1.

Magisto allows users to create videos. FAC at ¶ 22.  Part of their platform is a database of musical recordings which the user can pick from if they so choose. FAC at ¶¶ 23-25.  Magisto included plaintiff's 116 copyrighted recordings in that database. Id.  In or about November 2015, a company called MVOSS elected to use one of plaintiff's recordings.  After denying that it licensed plaintiff's recording, Magisto admitted it licensed plaintiff's recording, but claimed it had a blanket license from Music Dealers, LLC. FAC at ¶¶ 26-30.  This would have been an illegal license as Music Dealers was expressly forbidden from including plaintiff's recordings in a blanket license. FAC at ¶¶ 31-32.

As the attached email demonstrates, there wasn't even an illegal license enabling Magisto to copy, include in its database, and license plaintiff's recordings in 2015.  To recap, first Magisto denied that plaintiff's recordings were in its database, and denied licensing a track to MVOSS.  Then it claimed it did license the track, and there was a license.  These were all fabrications.  Magisto also represented to this Court that it had no New York office which is directly contradicted by the half dozen exhibits in plaintiff's original response.

GARBARINI FITZGERALD P.C.

By:_____
Richard M. Garbarini

CERTA BONUM CERTAMEN ◆ FIGHT THE GOOD FIGHT

GARBARINI FITZGERALD P.C.
Page 2


cc: Counsel for defendant by ECF.

Encl.

Case 1:18-cv-03380-AMD-JO   Document 17   Filed 08/28/18   Page 2 of 2 PageID #: 370