# Exhibit 1

**Print** | **Close Window**

**Subject:** **Fwd: Magisto 2014**
**From:** **Billy Tuchscher <billy@brandspins.com>**
**Date:** **Tue, Aug 28, 2018 4:55 pm**
**To:** **Richard Garbarini <rgarbarini@garbarinilaw.com>**

---

This is all we have in our records regarding Magisto.

---------- Forwarded message ----------
From: **Monique Dragoiu** <monique@brandspins.com>
Date: Tue, Aug 28, 2018 at 8:24 AM
Subject: Re: Magisto 2014
To: Billy Tuchscher <Billy@brandspins.com>

Hi Billy,

The 2014 records total out to  USD 24,200.00 in Blanket Licenses for Magisto.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 2,325 | 1/31/2014 | - | Magisto | Magisto 12 Month Blanket_101113 | Misc (Blanket) | 1 | 1 | USD 4,400.00 |
| 1 | 2,411 | 3/6/2014 | - | Magisto | Magisto 12 Month Blanket_101113 | Misc (Blanket) | 1 | 1 | USD 2,200.00 |
| 1 | 13 | 4/7/2014 | - | Magisto | Magisto 12 Month Blanket_101113 | Misc (Blanket) | 1 | 1 | USD 2,200.00 |
| 1 | 211 | 5/1/2014 | - | Magisto | Magisto 12 Month Blanket_101113 | Misc (Blanket) | 1 | 1 | USD 2,200.00 |
| 1 | 281 | 6/4/2014 | - | Magisto | Magisto 12 Month Blanket_101113 | Misc (Blanket) | 1 | 1 | USD 2,200.00 |
| 1 | 341 | 7/3/2014 | - | Magisto | Magisto 12 Month Blanket_101113 | Misc (Blanket) | 1 | 1 | USD 2,200.00 |
| 1 | 412 | 8/5/2014 | - | Magisto | Magisto 12 Month Blanket_101113 | Misc (Blanket) | 1 | 1 | USD 2,200.00 |
| 1 | 478 | 9/5/2014 | - | Magisto | Magisto 12 Month Blanket_101113 | Misc (Blanket) | 1 | 1 | USD 2,200.00 |
| 1 | 553 | 10/14/2014 | - | Magisto | Magisto 12 Month Blanket_101113 | Misc (Blanket) | 1 | 1 | USD 2,200.00 |
| 1 | 608 | 11/18/2014 | - | Magisto | Magisto November/December 2014 | Misc (Blanket) | 1 | 1 | USD 2,200.00 |

Warmest Wishes,

~M

--



**Monique Dragoiu**
BrandSpins, LLC
248.875.1565 | Monique@BrandSpins.com
www.BrandSpins.com

The information transmitted in this email and any attachments is intended only for the personal and confidential use of the intended recipients.  This message may be or may contain privileged and confidential communications.  If you as the reader are not the intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use, dissemination, distribution or copying of this communication or the information contained is strictly prohibited.  If you have received this communication in error, please notify the sender immediately and delete the original message from your system.

--

**Billy Tuchscher**
Chief Executive Officer
BrandSpins, LLC



Mobile & Text: 920.917.4451| Billy@BrandSpins.com
www.BrandSpins.com

The information transmitted in this email and any attachments is intended only for the personal and confidential use of the intended recipients. This message may be or may contain privileged and confidential communications. If you as the reader are not the intended recipient, you are hereby notified that you have received this communication in error and that any retention, review, use, dissemination, distribution or copying of this communication or the information contained is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete the original message from your system.

Copyright © 2003-2018. All rights reserved.